### 5251. ARCHER *v.* CITY OF FAYETTEVILLE.

ROAN, J. It appearing that neither the bond required by the statute nor the pauper affidavit in lieu thereof was filed in the mayor's court as provided by section 5193 of the Civil Code, there was no error in dismissing the certiorari. *Cannon* v. *Americus,* 11 *Ga. App.* 95 (74 S. E. 701).      *Judgment affirmed.*

DECIDED NOVEMBER 25, 1913.

Certiorari; from Fayette superior court—Judge Robert T. Daniel. September 26, 1913.

*J. W. Culpepper,* for plaintiff in error.

*E. M. Owen, solicitor-general, J. W. Wise,* contra.